UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLIDAY OLJII ANNA PEDOTTI,<br><br>                             Plaintiff,<br><br>   -against-<br><br>RANDOLPH ADLER, JR, ET AL,<br><br>                            Defendants. | 22-CV-6222(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 24, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 24, 2022
             New York, New York

                                                        /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                           Chief United States District Judge